1  SCOTT M. GITLEN, SBN 94596
2  GOLDSMITH & HULL # 580778
   A Professional Corporation
3  16000 Ventura Boulevard, #900
4  Encino, CA 91436-2760
5  818-990-6600   Fax: 818-990-6140

6  Attorneys for Plaintiff
7  United States of America

FILED
CLERK, U.S. DISTRICT COURT
DEC 2 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
DEC 2 9 2005
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERICA M. HICKS,<br><br>Defendant. | THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP, RULE 77(d).<br><br>CASE NO. CV 04-9195 AHM(CWx)<br><br>JUDGMENT<br>~~(Proposed)~~<br><br>District Judge A. Howard Matz<br><br>Trial Date:   December 20, 2005<br>Time:         8:00 A.M.<br>Courtroom:    14 |

This matter came on regularly for trial on December 20, 2005 before the Honorable A. Howard Matz, United States District Judge. Plaintiff United States of America was represented by Scott M. Gitlen, Esq. of Goldsmith & Hull, P.C. and

1

DOCKETED ON CM
DEC 2 9 2005
BY _____ 001

22

1  Defendant Erica M. Hicks appeared in *Pro Se*.
2      IT IS ORDERED, ADJUDGED AND DECREED that judgment be
3  entered in favor of defendant ERICA M. HICKS, and against plaintiff, UNITED
4  STATES OF AMERICA.
5      IT IS ADJUDGED that the ERICA M. HICKS is awarded court costs to be
6  ~~applied for by motion and~~ added into the judgment upon determination of this court.
7      Judgment to accrue interest at the legal rate until paid.

10  Dated  12/28/2005                    A. HOWARD MATZ
                                         United States District Court

13  PRESENTED BY:

15  GOLDSMITH & HULL, P.C.

16  By: _____
17      SCOTT M. GITLEN
        Attorneys for Plaintiff
18      UNITED STATES OF AMERICA

2